Lawrence H. Meuers, Esq. (SBN: 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DIVERSIFIED DISTRIBUTORS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MORITA PRODUCE, a California corporation; GERRY MORITA, an individual; and PATRICIA NAKAHARA, an individual,<br><br>Defendants. | Case No. 2:22-cv-01653-JFW (KSx)<br><br>PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS, MORITA PRODUCE AND PATRICIA NAKAHARA<br><br>Date:  September 12, 2022<br>Time:  1:30 p.m.<br>Judge:  John F. Walter<br>    United States Courthouse,<br>    350 W. 1st Street,<br>Place:  Los Angeles, CA 90012,<br>    Courtroom 7A |

TO:  THE HONORABLE JOHN F. WALTER AND ALL PARTIES AND THEIR COUNSEL

In accordance with FRCP 55(b)(2) and Local Rule 55-1, Plaintiff, Diversified Distributors, Inc. ("Diversified") will move this Court for a Default Judgment against Defendants, Morita Produce and Patricia Nakahara ("Nakahara") on the above-referenced date, time, and place.

## SUPPORTING DOCUMENTS

In addition to this Notice, Diversified contemporaneously files the following pleadings to support the relief requested:

- Memorandum of Points and Authorities;
- Declaration of Jose Robles, Diversified's President;
- The undersigned attorney's Declaration; and
- Proposed Judgment.

## RELIEF REQUESTED

Diversified seeks the following relief:

On Count I, a Default Judgment in its favor and against Morita Produce in the principal amount of $53,270.33, plus taxable costs of $1,070.00, contractual pre-judgment interest of $25,659.52, as of September 12, 2022, with a daily per diem of $26.27 each following day until entry of judgment, and contractual attorneys' fees of $9,302.00, for a total judgment amount of $89,301.85, plus post-judgment interest at the rate set forth by 28 USC §1961, until satisfied, for which let execution issue.

On Count II, an Order declaring that it holds a valid claim under the trust provisions of the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499e(c) against Morita Produce in an amount no less than $89,301.85; and

On Count VI, a Default Judgment in its favor and against Nakahara in the principal amount of $53,270.33, plus taxable costs of $1,070.00, contractual pre-judgment interest of $25,659.52, as of September 12, 2022, with a daily per diem of $26.27 each following day until entry of judgment, and contractual attorneys' fees of $9,302.00, for a total judgment amount of $89,301.85, plus post-judgment interest at the rate set forth by 28 USC §1961, until satisfied, for which let execution issue.

## DISMISSAL OF REMAINING CLAIMS

Should this Court grant this motion, Diversified requests an Order dismissing the following claims without prejudice:

- Count III: Enforcement of Payment from PACA Trust Assets against Morita Produce;

- Count IV: Failure to Maintain PACA Trust Assets and Creation of Common Fund against Morita Produce;

- Count V: Failure to Promptly Pay against Morita Produce; and

- Count VII: Unlawful Retention of PACA Trust Assets against Nakahara.

Respectfully submitted on July 28, 2022.

**MEUERS LAW FIRM, P.L.**

By: _/s/ Lawrence H. Meuers_
Lawrence H. Meuers (SBN 197663)

*Attorneys for Plaintiff, Diversified Distributors, Inc.*

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this action. I am employed in the County of Collier, State of Florida. My business address is 5395 Park Central Court, Naples, FL 34109.

On July 28, 2022, I served true and correct copies of the foregoing document, in this action, as follows:

Morita Produce
c/o Patricia Nakahara, its President
16959 Dulce Ynez Lane
Pacific Palisades, CA 90272
Via Priority Mail: #9405503699300308670133

Patricia Nakahara
16959 Dulce Ynez Lane
Pacific Palisades, CA 90272
Via Priority Mail: #9405503699300308670140

☑ BY MAIL: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above, and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the Meuers Law Firm, P.L.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope, with postage fully prepaid.

☐ VIA FACSIMILE: I faxed said documents, to the office(s) of the addressee(s) shown above, and the transmission was reported as complete and without error.

☐ BY ELECTRONIC TRANSMISSION: I transmitted a PDF version of the document by electronic mail to the party(s) identified on the above service list using the e-mail address(es) indicated.

☐ VIA OVERNIGHT DELIVERY: I deposited such envelope for collection and delivery by _____, overnight, with delivery fees paid or provide for in accordance with ordinary business practices. I am readily

familiar with the Meuers Law Firm, P.L.'s practice of collection and processing packages for overnight delivery by _____. Such packages are provided to _____ for receipt on the same day in the ordinary course of business.

☑  (Federal): I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on July 28, 2022, in Bonita Springs, Florida.

/s/ Luanne M. Rogers
Luanne M. Rogers, ACP, FCP, FRP