JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DIVERSIFIED DISTRIBUTORS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MORITA PRODUCE, a California corporation; GERRY MORITA, an individual; and PATRICIA NAKAHARA, an individual,<br><br>Defendants. | Case No. 2:22-cv-01653-JFW (KSx)<br><br>JUDGMENT (RE: DEFAULT JUDGMENT) AGAINST DEFENDANTS, MORITA PRODUCE AND PATRICIA NAKAHARA |

Having entered an Order granting Plaintiff's Motion for Default Judgment against Defendants, Morita Produce and Patricia Nakahara (ECF No. 22), IT IS ORDERED:

1. On Count I of Plaintiff's Complaint, a Judgment is entered for Plaintiff, Diversified Distributors, LLC and against Defendant, Morita Produce in the principal amount $53,270.33, plus taxable costs of $1,070.00, contractual pre-judgment interest of $25,685.80 as of September 13, 2022, and contractual attorneys' fees of $9,302.00, for a total judgment amount of $88,328.13, plus post-judgment interest at the rate set forth by 28 USC §1961, until satisfied, for which let execution issue;

2.      On Count II of Plaintiff's Complaint, Plaintiff, Diversified Distributors, Inc. possesses a valid claim under the trust provisions of the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499e(c) against Defendant, Morita Produce in the total amount of $88,328.13;

3.      On Count VI, a Judgment is entered for Plaintiff, Diversified Distributors, LLC and against Defendant, Patricia Nakahara in the principal amount $53,270.33, plus taxable costs of $1,070.00, contractual pre-judgment interest of $25,685.80 as of September 13, 2022, and contractual attorneys' fees of $9,302.00, for a total judgment amount of $88,328.13, plus post-judgment interest at the rate set forth by 28 USC §1961, until satisfied, for which let execution issue.

4.      The Court dismisses without prejudice Counts III, IV, V, and VII of Plaintiff's Complaint.

DATED:    September 13, 2022

_____
HONORABLE JOHN F. WALTER
United States District Judge